TURNER CONSTRUCTION COMPANY, Appellant and Respondent, *v.* ROCKWOOD SPRINKLER COMPANY OF MASSACHUSETTS, Respondent and Appellant, Impleaded with Another.

Argued October 7, 1937; decided October 22, 1937.

*J. G. Fink* and *Harry N. French* for plaintiff, appellant and respondent.

*Colley E. Williams* and *Forbes D. Shaw* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.